IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MARK E. NANCE,              )
                                   )
         Plaintiff,       )
                                   )
        v.             )     CV 108-069
                                   )
MICHAEL J. ASTRUE, Commissioner  )
of Social Security Administration,   )
                                   )
        Defendant.    )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court.  Therefore, the Commissioner's final decision is **REVERSED** pursuant to

sentence four of 42 U.S.C. § 405(g), and this case is **REMANDED** to the Commissioner for

further consideration in accordance the Court's opinion.

SO ORDERED this 21st day of April, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE